Loren S. Scott, OSB #024502
lscott@scott-law-group.com
THE SCOTT LAW GROUP
2350 Oakmont Way, Suite 106
Eugene, OR 97401
Telephone: 541-868-8005
Facsimile: 541-868-8004
Of Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re:<br><br>Kelley Bros., Inc.,<br><br>Debtor in Possession. | Case No. 18-60423-tmr11<br><br>**MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY AT PUBLIC AUCTION, PARTIAL RETROACTIVE APPROVAL THEREON, APPROVAL TO COMPENSATE AUCTIONEER, AND PAY NET PROCEEDS TO SECURED CREDITOR; APPLICATION TO EMPLOY AUCTIONEER** |
|---|---|

Kelley Bros., Inc., the Debtor in Possession (DIP), by and through the undersigned, hereby moves the Court for authority to sell personal property and applies to employ Iron Planet, Inc., whose address is 214 Ritchie Lane, Chehalis, WA 98532, as auctioneer for the purpose of selling at public auction the assets of the bankruptcy estate listed on the auction agreement attached hereto as **Exhibit A** pursuant to 11 U.S.C. 363(b). The Declaration of Jesse Evans, Territory Manager of Iron Planet, Inc., in support of this motion and application is attached hereto.

1. **NOTICE REGARDING PRIOR SALE OF CERTAIN LISTED ITEMS:** The DIP hereby gives notice that the following items were already sold at the March 1, 2018 online auction, post-petition, without first obtaining court approval:

| ITEM | SALE PRICE |
|---|---|
| #3 2001 Caterpillar Model 322BL Delimber | $9,500.00 |
| #4 2004 Hyundai Robex 290LC-2 Delimber | $1,800.00 |
| #5 1974 Terex 82-30FA Tractor | $1,400.00 |
| #6 1984 Caterpillar 518G Skidder | $5,000.00 |
| **TOTAL VALUE OF ITEMS SOLD** | **$17,700.00** |

MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY AT PUBLIC AUCTION, PARTIAL RETROACTIVE APPROVAL THEREON, APPROVAL TO COMPENSATE AUCTIONEER, AND PAY NET PROCEEDS TO SECURED CREDITOR; APPLICATION TO EMPLOY AUCTIONEER

Page 1 of 3



2350 Oakmont Way, Suite 106
Eugene, OR 97401
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

Case 18-60423-tmr11    Doc 27    Filed 03/21/18

2. These items were sold due to a miscommunication between the DIP and Iron Planet, Inc. regarding the bankruptcy filing which resulted in the auction not being cancelled. The proceeds are currently being held by Iron Planet, Inc. and will be turned over (less its 10% commission) to Kenco Equipment Lease Co. in partial satisfaction of its debt upon approval of this motion. The DIP hereby seeks retroactive approval of the sale of these items on the terms contained herein.

3. The DIP intends to sell the remaining property (Items #1 and #2 shown on Exhibit A, as modified by the revised equipment list provided by Iron Planet, Inc. attached hereto as **Exhibit B**) at one of the weekly online auctions held by Iron Planet, Inc. upon approval of this motion. The items for sale will be available for inspection at the DIP's site. The auctioneer's commission will be 10%. All bids must be submitted through the auction site.

4. The items are subject to the lien of Kenco Equipment Lease Co., whose service address is 7750 SW Mohawk St., Tualatin, OR 97062, in the amount of approximately $278,501. Kenco Equipment Lease Co. has consented to the auction of all of these items provided the net proceeds are paid to it in partial satisfaction of its debt.

5. Gross sales price: TBD. All liens on the property total $278,501. Total sales costs will be: 10% of net sales. All tax consequences have been considered and it presently appears the sale will result in net proceeds to the estate after payment of valid liens, fees, costs and taxes of approximately: $0.00.

6. The sale is not of substantially all of the DIP's assets.

7. Summary of all available information regarding valuation, including any independent appraisals: None available.

8. The reason for proposing the sale in advance of approval of a plan of reorganization is because the equipment is surplus and/or non-functioning. The DIP desires to avoid the continued cost of storage, insurance, and maintenance for equipment it is not using and reduce the accruing interest to Kenco Equipment Lease Co.

MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY AT PUBLIC AUCTION, PARTIAL RETROACTIVE APPROVAL THEREON, APPROVAL TO COMPENSATE AUCTIONEER, AND PAY NET PROCEEDS TO SECURED CREDITOR: APPLICATION TO EMPLOY AUCTIONEER

Page 2 of 3

SCOTT LAW GROUP LLP
2350 Oakmont Way, Suite 106
Eugene, OR 97401
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

Case 18-60423-tmr11    Doc 27    Filed 03/21/18

9. I certify that on March 21, 2018 a copy of this document was served, pursuant to FRBP 7004, on the debtor, U.S. Trustee, each named lien holder at the address listed above, Creditors' Committee Chairperson, if any, and their respective attorneys; and that a copy was also sent on that date, pursuant to FRBP 2002(a), to all creditors and all parties (including those requesting special notice) as listed in the Court's records that were obtained on March 21, 2018, a copy of which is attached to the original document filed with the Bankruptcy Court.

WHEREFORE, the DIP requests authority to sell personal property at public auction free and clear of all liens, claims, encumbrances and other interests, for partial retroactive approval of those personal equipment already sold, and for approval to compensate auctioneer and pay net proceeds to secured creditor, Kenco Equipment Lease Co., and applies to employ the auctioneer as described above.

DATED this 21st day of March, 2018.

                        THE SCOTT LAW GROUP

                        By: /s/ Loren S. Scott
                             Loren S. Scott, OSB # 024502
                             Of Attorneys for Kelley Bros., Inc.

MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY AT PUBLIC AUCTION, PARTIAL RETROACTIVE APPROVAL THEREON, APPROVAL TO COMPENSATE AUCTIONEER, AND PAY NET PROCEEDS TO SECURED CREDITOR: APPLICATION TO EMPLOY AUCTIONEER

Page 3 of 3

SCOTT LAW GROUP LLP
2350 Oakmont Way, Suite 106
Eugene, OR 97401
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

Case 18-60423-tmr11    Doc 27    Filed 03/21/18

DocuSign Envelope ID: E45011AD-D1F9-4DE5-A957-F2D70D8AD5EB

**DELIVERING CHOICE** | **RITCHIE BROS.** Auctioneers | **IRON** PLANET

| LEGAL NAME OF SELLER: Kelley Bros Inc | DATE: 1/2/2018　(DD/MM/YYYY) |
|---|---|
| JURISDICTION OF INCORPORATION/REGISTRATION: | SALES REP: Jesse Evans |

*This MULTI-CHANNEL SALES AGREEMENT (this "**Agreement**") is entered into as of the date first written above (the "**Effective Date**") by and between the applicable entity/entities set forth in the Terms and Conditions (as defined herein) ("**RB Group**") and the customer identified above (the "**Seller**") for the sale of Equipment through a Live Auction Event or the Marketplaces.*

### 1. SELLER INFORMATION

| Account Name<br>Doing Business As<br>Local Language Seller Name | Kelley Bros Inc |
|---|---|
| Seller Business Address | PO Box 1000, Veneta, OR, United States of America, 974871000 |
| Authorized Representative | Myrna Kelley |
| Title of Authorized Representative | SECRETARY |
| Phone | 1 (541) 935-4514 |
| Fax | 1 (541) 521-8881 |
| Email | kelley@riousa.com |

### 2. COMMERCIAL TERMS APPLICABLE TO LIVE AUCTION EVENT

| Commission Rate Schedule A Equipment | For Schedule A Equipment sold through a Live Auction Event, RB Group will be entitled to a commission based on the gross sale price as follows:<br><br>(a) ~~25.00 %~~ 10.00 % for any lot realizing USD 2,500.00 or less, with a minimum USD 100 fee per lot.<br>(b) ~~15.00 %~~ 10.00 % for any lot in excess of USD 2,500.00; and<br><br>Seller Initials: MK　　　　RB Group Initials: [signed] |
|---|---|
| Equipment | The Seller authorizes RB Group to offer and sell the equipment listed on Schedule A ("**Schedule A Equipment**") for sale by RB Group through unreserved public auction occurring at a RB Group site or designated offsite location (the "**Live Auction Event**"). |
| Delivery | The Seller will deliver Schedule A Equipment, at the Seller's cost, to the auction site (the "**Site**") no later than 15 days prior to the scheduled Live Auction Event. The Seller may elect for RB Group to arrange for delivery of the Schedule A Equipment to the Site by indicating the same in Schedule A. If delivery by RB Group is elected, the Seller will be charged a delivery fee equal to the actual cost of delivery plus 10%. |
| Live Auction Event Onsite | RB Group will, as agent of the Seller, offer Schedule A Equipment, together with any additional items delivered by the Seller to the auction site, for sale at the Live Auction Event on the date and location set out in Schedule A. |
| Titled Equipment | The Seller hereby appoints RB Group as its attorney-in-fact with a limited power of attorney ("**LPOA**") to execute on the Seller's behalf, all documents necessary and required to transfer title to, and permit registration of ownership of, any portion of the Schedule A Equipment to the buyer; provided, however, if original titles or a notarized LPOA are required by federal, state, provincial or local regulation to transfer title, the Seller will provide RB Group with either, as applicable, (i) signed original titles, or (ii) a notarized LPOA and unsigned original titles at least two weeks prior to the Live Auction Event. Failure to provide title(s) and/or an LPOA as required may prevent the Schedule A Equipment being made available for sale |

**EXHIBIT A - Page 1 of 8**

**DELIVERING CHOICE** | **RITCHIE BROS.** Auctioneers | **IRON PLANET**

| | at the Live Auction Event until such documentation is provided. |
|---|---|
| **3. COMMERCIAL TERMS APPLICABLE TO MARKETPLACE** | |
| Commission Rate Schedule B Equipment | For Schedule B Equipment sold through a Marketplace, RB Group will be entitled to a commission based on the gross sale price as follows:<br><br>(a) ~~25.00 %~~ 10.00 % for any lot realizing USD 2,500.00 or less, with a minimum USD 100 fee per lot.<br>(b) ~~15.00 %~~ 10.00 % for any lot in excess of USD 2,500.00; and<br><br>Seller Initials [DS] *MtE*                     RB Group Initials [DS] |
| Equipment | The Seller authorizes RB Group to offer and sell the equipment listed on Schedule B ("**Schedule B Equipment**", and collectively with Schedule A Equipment, the "**Equipment**") through one or more of RB Group's online marketplace events hosted by www.ironplanet.com, www.govplanet.com or www.truckplanet.com (collectively, the "**Marketplaces**", and each a "**Marketplace**"), as indicated by the "Sale Type" selected by the Seller and noted on Schedule B. |
| Listing Fees | A Listing Fee, as set out in Schedule C, will apply for each unit of Schedule B Equipment that the Seller lists on the Marketplaces. |
| Equipment Condition | The Seller agrees that the Schedule B Equipment will remain in the same or better condition as when previously inspected by RB Group. In the event of any unforeseen machine failure, the Seller agrees to make the necessary repairs to bring the Schedule B Equipment to the same condition as when inspected by RB Group. |
| Titled Equipment | The Seller hereby appoints RB Group as its attorney-in-fact with a limited power of attorney ("**LPOA**") to execute on the Seller's behalf, all documents necessary and required to transfer title to, and permit registration of ownership of, any portion of the Schedule B Equipment to the buyer; provided, however, if original titles or a notarized LPOA are required by federal, state, provincial or local regulation to transfer title, the Seller will provide RB Group with either, as applicable, (i) signed original titles, or (ii) a notarized LPOA and unsigned original titles at least two weeks prior to the time of listing. Failure to provide title(s) and/or an LPOA as required may prevent the Schedule B Equipment being made available for sale on the Marketplace(s) until such documentation is provided |
| **4. GENERAL COMMERCIAL TERMS** | |
| Proceeds | Unless otherwise specified in writing, the Seller acknowledges that there is no guarantee whatsoever as to the gross proceeds to be realized from the sale of the Equipment. |
| Title Transfer Fees; Lien Search Fees | The Seller will pay lien search fees, title transfer fees and any other fee applicable as set out in the Terms & Conditions for each unit of Equipment, unless otherwise specified. RB Group will deduct such fees from any amounts owing to the Seller. |
| Terms & Conditions | This Agreement incorporates by reference the terms and conditions located at https://www.rbauction.com/lega.-policies/seller-terms-and-conditions( Terms and Conditions ) in force as of the Effective Date ("**Terms and Conditions**"). By initialing here, the Seller acknowledges that (i) the Seller has received a copy of the Terms and Conditions with this Agreement, (ii) it is the Seller's responsibility to familiarize itself with the Terms and Conditions, and (iii) the Seller is bound by the Terms and Conditions.<br><br>Seller Initials [DS] *MtE* |
| Refurbishment | The Seller elects to have RB Group arrange for the welding, sandblasting, painting, cleaning, and other refurbishing (the "**Refurbishing**") of the Equipment to a standard acceptable to RB Group. : **NO** Should RB Group organize and pay for the Refurbishing of any part of the Equipment, RB Group will be reimbursed for these costs plus 10.00 % provided that the total cost will not exceed USD0.00 without the |

**EXHIBIT A - Page 2 of 8**

DocuSign Envelope ID: E45011AD-D1F9-4DE5-A957-F2D70D8AD5EB



| | |
|---|---|
| | Seller's consent. |
| Fuel/Batteries Cost | The Seller will reimburse RB Group for the cost plus 10% of fuel and batteries as RB Group deems necessary for demonstration and sale of the Equipment, if applicable. |

### 5. LIENS/ENCUMBRANCES

| | |
|---|---|
| ARE THERE ANY LIENS ON THE EQUIPMENT? | NO |
| SELLER'S INTERNAL CONTACT REGARDING LIENS AND TITLES (Name/Phone/Fax/Email): | **Name:** Myrna Kelley<br>**Phone:** 1 (541) 935-4514<br>**Fax:** 1 (541) 521-8881<br>**Email:** kelley@riousa.com |

1. If "Yes," please provide information for each of the lien holders for blanket liens below and as requested in the applicable Schedule.
2. Unless otherwise disclosed herein, the undersigned, on behalf of the Seller, certifies that all Equipment is or will be free of all liens, charges, security interests, tax or duty obligations or other encumbrances ("**Encumbrances**") prior to being placed for sale in a Live Auction Event or on the Marketplace(s).
3. The Seller: (i) authorizes RB Group to conduct lien searches on the Equipment; (ii) authorizes RB Group to contact potential lien holders for the disclosure of Encumbrances and to obtain pay-off balances and releases; (iii) consents to the release to RB Group of any and all information pertaining to any such lien, charge, encumbrance or security interest; and (iv) assigns proceeds from the sale of the Equipment as may be required to discharge and satisfy all charges, liens, claims and encumbrances in respect of the Equipment.
4. For greater certainty, lien search fees will apply regardless of the Seller's response.

### 6. MISCELLANEOUS

| | |
|---|---|
| Entire Agreement; Priority | *This Agreement, together with the Terms and Conditions, contains the entire agreement of the parties with respect to the subject matter hereof and supersedes all previous communications, representations, understandings and agreements, either oral or written, between the parties. In the event of a conflict between the provisions of this Agreement and the Terms and Conditions, this Agreement will control.* |
| Counterparts | *This Agreement may be executed in counterparts, each of which will be considered an original, but all of which together will constitute the same instrument. Execution and delivery of this Agreement may be evidenced by facsimile, PDF, electronic signature, or acknowledgement email and will hold the same force and effect as an original signature for purposes of binding the parties.* |
| Term | This Agreement is valid only for the Equipment listed on Schedule A and Schedule B from the Effective Date until such Equipment is sold or withdrawn pursuant to the terms of this Agreement. |
| Currency and Payment | Unless otherwise stated in the Terms and Conditions, all prices noted in this Agreement are listed in the currency of the country in which the Equipment is located at the time such Equipment is offered for sale. The same currency will be used for invoice and payment. |

**IN WITNESS WHEREOF**, the parties hereto have caused this Agreement to be executed by their duly authorized representatives as of the Effective Date, and each represents and warrants to the other that it has validly entered into this Agreement and has the legal power to do so.

| SELLER: | | | |
|---|---|---|---|
| Name: | Myrna Kelley | Title: | SECRETARY |
| By (*Signature*): | *DocuSigned by:* Myrna Kelley<br>DC5ACD432387485... | Date Signed: | 1/2/2018<br>(dd/mm/yyyy) |

| |
|---|
| RITCHIE BROS. AUCTIONEERS (AMERICA) INC. |

**EXHIBIT A - Page 3 of 8**

DocuSign Envelope ID: E45011AD-D1F9-4DE5-A957-F2D70D8AD5EB

**DELIVERING CHOICE** | **RITCHIE BROS.** Auctioneers | **IRON PLANET**

| Name: | Jesse Evans | Title: | Territory Manager |
|---|---|---|---|
| By (Signature): | *DocuSigned by:* [signature] A484AACCD8634AE... | Date Signed: | 1/2/2018 (dd/mm/yyyy) |

**IRONPLANET, INC.**

| Name: | Jesse Evans | Title: | Territory Manager |
|---|---|---|---|
| By (Signature): | *DocuSigned by:* [signature] A484AACCD8634AE... | Date Signed: | 1/2/2018 (dd/mm/yyyy) |

DocuSign Envelope ID: E45011AD-D1F9-4DE5-A957-F2D70D8AD5EB

   

## SCHEDULE A TO AGREEMENT

### EQUIPMENT FOR LIVE AUCTION EVENT

SELLER'S NAME: Kelley Bros Inc

Note – Currently there are no assets scheduled to be sold in a Live Auction



**EXHIBIT A - Page 5 of 8**

CONFIDENTIAL

Page 5 of 8

DocuSign Envelope ID: E45011AD-D1F9-4DE5-A957-F2D70D8AD5EB

  

## SCHEDULE B TO AGREEMENT

### EQUIPMENT FOR ONLINE MARKETPLACE SALE

SELLER'S NAME: Kelley Bros Inc

| # | Item Description – Manufacturer, Model, Serial Number, Description, Storage Location, RB Yard Delivery Date | Encumbrance Holder Company/Contact Name/Email Phone/Fax/Account (if none, state 'nil') | Amount Owing | Sale Type | Inspection |
|---|---|---|---|---|---|
| 1 | Year: 1996 Manufacturer: case Model: 9040B Description: Crawler Machine Type: Log Loader<br>S/N: 220K11320<br>Condition: Fair<br>C/W: Pierce boom 58 in. grapple<br>Storage Location: Kelley Bros Inc – 88017 Territorial Rd, Veneta – Myrna Kelley – (541) 935-4514 | nil | | Weekly On-Line | Full |
| 2 | Year: 1995 Manufacturer: Caterpillar Model: 325L Description: Crawler Machine Type: Log Loader<br>S/N: 7LM01238<br>Condition: Fair<br>C/W: Pierce Boom, 58 in. grapple<br>Storage Location: Kelley Bros Inc – 88017 Territorial Rd, Veneta – Myrna Kelley – (541) 935-4514 | nil | | Weekly On-Line | Full |
| 3 | Year: 2001 Manufacturer: Caterpillar Model: 322BL Description: Crawler Stroke Machine Type: Delimber<br>S/N: 1YS01511<br>Condition: Fair<br>C/W: 3348 delimbinator<br>Storage Location: Kelley Bros Inc – 88017 Territorial Rd, Veneta – Myrna Kelley – (541) 935-4514 | nil | | Weekly On-Line | Full |
| 4 | Year: 2004 Manufacturer: Hyundai Model: Robex 290LC-2 Description: Crawler Stroke Machine Type: Delimber<br>S/N: N80110826<br>Condition: Poor<br>C/W: INOPERABLE, Denharco 4400<br>Storage Location: Kelley Bros Inc – 88017 Territorial Rd, Veneta – Myrna Kelley – (541) 935-4514 | nil | | Weekly On-Line | Photos Only |
| 5 | Year: 1974 Manufacturer: Terex Model: 82-30FA Machine Type: Crawler Tractor<br>S/N: 58912<br>Condition: Poor<br>C/W: INOPERABLE<br>Storage Location: Kelley Bros Inc – 88017 Territorial Rd, Veneta – Myrna Kelley – (541) 935-4514 | nil | | Weekly On-Line | Photos Only |



**EXHIBIT A - Page 6 of 8**

DocuSign Envelope ID: E45011AD-D1F9-4DE5-A957-F2D70D8AD5EB

| | | | | | |
|---|---|---|---|---|---|
| 6 | Year: 1984 Manufacturer: Caterpillar Model: 518G<br>Machine Type: Skidder<br>S/N: 95U00672<br>Condition: Poor<br>C/W: INOPERABLE<br>Storage Location: Kelley Bros Inc – 88017 Territorial Rd, Veneta – Myrna Kelley – (541) 935-4514 | nil | | Weekly On-Line | Photos Only |

DocuSign Envelope ID: E45011AD-D1F9-4DE5-A957-F2D70D8AD5EB

 

## SCHEDULE C TO AGREEMENT

### LISTING FEES FOR SCHEDULE B EQUIPMENT

| Fee Class Description | Single-unit rate | Multi-unit rate |
|---|---|---|
| Photos Only Inspection | USD 295 | USD 100 |
| Photos & Basic Inspection | USD 295 | USD 195 |
| Full Inspection 235 | USD 350 | USD 235 |
| Full Inspection 340 | USD 495 | USD 340 |
| Full Inspection 445 | USD 665 | USD 445 |
| Full Inspection 545 | USD 795 | USD 545 |
| Full Inspection 650 | USD 975 | USD 650 |

Listing Fee Equipment Class Breakdown:

- **Photos Only Inspection:** Photos only and IronClad Assurance®: Parts, attachments, and equipment that will not be functionally tested or don't have engine/motor.
  (Ex. Attachments, Parts, Portable Structures, Tools, Lasers & GPS)

- **Photos & Basic Inspection:** Photos and Basic Inspection without IronClad Assurance®: Eligible items will be required to meet the following Age or Usage criteria:
  - Age - Must be 6+ years old; or
  - Usage - Equipment > 8K hours (1.6K hours/year)
  - Usage - Vehicles (Light/Med Duty) > 75K miles (15K per year)
  - Usage - Vehicles (Heavy Duty) > 375K miles (75K per year)

- **Inspection 235:** Full Inspection and IronClad Assurance®.
  (Ex. Lifts < 50', Balers/ Hay Equipment, Drill Equipment, Concrete Equipment, Landscaping Equipment, Trailers)

- **Inspection: 340:** Full Inspection and IronClad Assurance®.
  (Ex. Lifts > 50', Compactors > 48", Trailers (Dump, Tanker, Livestock), Trucks (Cargo, Dump, Fuel/Lube, Service, Tractor), Vans)

- **Inspection 445:** Full Inspection and IronClad Assurance®.
  (Ex. Backhoe Loader, Crawler Loader < 7cy, Crawler Tractors < 100hp, Trucks (Boom, Quad/A Dump, Highline, Service w/ Crane, Winch, Underground Mining))

- **Inspection 545:** Full Inspection and IronClad Assurance®.
  (Ex. Aircraft, Asphalt Equipment, Concrete Equipment (Paver, Trimmer, Spreader), Crawler Loader > 7cy, Crawler Tractors > 100hp, Excavators (Highway Wheeled, Long Reach, Track < 70t, Wheel), Forklifts (Pneumatic tire > 15,000lb, Container Handler), Harvesters, Scrapers, trucks (Mixer, Off-Road, Vacuum))

- **Inspection 650:** Full Inspection and IronClad Assurance®.
  (Ex. Cranes, Crushers, Excavators (front Shovel, Track > 70t), Trucks (Off-Road > 50t), Wheel Dozers > 500hp)

- **Pricing On Request:** Large asset classes, plants, manufacturing equipment, etc.

\* Additional Items within each asset class. Please contact your sales representative for any questions on equipment types and inspection rates.

**EXHIBIT A - Page 8 of 8**

CONFIDENTIAL

## For Sale

| Item # | Description | Serial # | Tracking Code | Location | Rating | Status | Opens PDT | RLM | Starting | Current | # of Bids | Closes PDT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1284556 | Cat 325LL Log Loader | 7LM01238 | | Veneta, OR | FAIR | Preview Mode | 3/22/18 2:00 PM(FA) | NA | $15,000 | $15,000 | 0 | 3/22/18 2:00 PM | Fees |
| 1284560 | Case 9040B Log Loader | 220K1-1320 | | Veneta, OR | See Report | Preview Mode | 3/22/18 2:00 PM(FA) | NA | $12,000 | $12,000 | 0 | 3/22/18 2:00 PM | Fees |
| 1295701 | Link Belt 4300Q Log Loader | LE2I6-4292 | | Veneta, OR | See Report | Preview Mode | 3/22/18 2:00 PM(FA) | NA | $9,500 | $9,500 | 0 | 3/22/18 2:00 PM | Fees |

## Sold

Seller Statement(s)

| Item # | Description | Serial # | Tracking Code | Location | Status | Rating | Sale Date | RLM | Sale Price | Proceeds | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1284558 | Cat 518G Wheel Skidder | 95U00672 | | Veneta, OR | Pickup Late | See Report | 3/1/18(FA) | NA | $5,000 | $4,400.00* | Post-Sale Info |
| 1284559 | 2004 Hyundai Robex 290LC-7 Delimber | N80110826 | | Veneta, OR | Pickup Late | See Report | 3/1/18(FA) | NA | $1,800 | $1,520.00* | Post-Sale Info |
| 1284561 | Cat 322BL Delimber | 1YS01511 | | Veneta, OR | Pickup Late | POOR | 3/1/18(FA) | NA | $9,500 | $7,955.00* | Post-Sale Info |
| 1284562 | Terex 82-30FA Crawler Dozer | 58912 | | Veneta, OR | Pickup Late | See Report | 3/1/18(FA) | NA | $1,400 | $1,160.00* | Post-Sale Info |
| Total for 4 Units sold | | | | | | | | | $17,700 | $15,035.00 | |

EXHIBIT B - Page 1 of 1

Loren S. Scott, OSB #024502
lscott@scott-law-group.com
THE SCOTT LAW GROUP
2350 Oakmont Way, Suite 106
Eugene, OR 97401
Telephone: 541-868-8005
Facsimile: 541-868-8004

Of Attorneys for Debtor in Possession

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 18-60423-tmr11 |
|---|---|
| Kelley Bros., Inc., | **DECLARATION OF JESSE EVANS IN SUPPORT OF MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY AT PUBLIC AUCTION, PARTIAL RETROACTIVE APPROVAL THEREON, APPROVAL TO COMPENSATE AUCTIONEER, AND PAY NET PROCEEDS TO SECURED CREDITOR; APPLICATION TO EMPLOY AUCTIONEER** |
| Debtor in Possession. | |

I, Jesse Evans, under penalty of perjury state as follows:

1. I am an authorized representative of Iron Planet, Inc., whose address is 214 Ritchie Lane, Chehalis, WA 98532.

2. Iron Planet, Inc. is an affiliate of Ritchie Bros. Auctioneers (America) Inc., both of which provide auction services worldwide. To the best of my knowledge, we do not have any materially adverse connections with the debtor(s), creditors, U.S. Trustee, Asst. U.S. Trustee, any employee of either the U.S. Trustee or Asst. U.S. Trustee, any District of Oregon Bankruptcy Judge, any other party in interest, or their respective attorneys or accountants.

**I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THEY ARE**

DECLARATION OF JESSE EVANS IN SUPPORT OF MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY AT PUBLIC AUCTION, PARTIAL RETROACTIVE APPROVAL THEREON, APPROVAL TO COMPENSATE AUCTIONEER, AND PAY NET PROCEEDS TO SECURED CREDITOR; APPLICATION TO EMPLOY AUCTIONEER

Page 1 of 1



2350 Oakmont Way, Suite 106
Eugene, OR 97401
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

Case 18-60423-tmr11    Doc 27    Filed 03/21/18

**MADE FOR USE AS EVIDENCE IN COURT AND ARE SUBJECT TO PENALTY FOR**

**PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA.**

DATED this 21st day of March, 2018.

By: /s/ Jesse Evans
Jesse Evans, Territory Manager
Iron Planet, Inc.

DECLARATION OF JESSE EVANS IN SUPPORT OF MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY AT PUBLIC AUCTION, PARTIAL RETROACTIVE APPROVAL THEREON, APPROVAL TO COMPENSATE AUCTIONEER, AND PAY NET PROCEEDS TO SECURED CREDITOR; APPLICATION TO EMPLOY AUCTIONEER

Page 2 of 1

2350 Oakmont Way, Suite 106
Eugene, OR 97401
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

SCOTT LAW GROUP LLP

Case 18-60423-tmr11    Doc 27    Filed 03/21/18

In re )
 ) Case No. _____
 )
 ) RULE 2014 VERIFIED STATEMENT
Debtor(s) ) FOR PROPOSED PROFESSIONAL

**Note:** To file an amended version of this statement per ¶19, file a fully completed amended Rule 2014 statement on LBF #1114 and clearly identify any changes from the previous filed version.

1. The applicant is not a creditor of the debtor except:

2. The applicant is not an equity security holder of the debtor.

3. The applicant is not a relative of the individual debtor.

4. The applicant is not a relative of a general partner of the debtor (whether the debtor is an individual, corporation, or partnership).

5. The applicant is not a partnership in which the debtor (as an individual, corporation, or partnership) is a general partner.

6. The applicant is not a general partner of the debtor (whether debtor is an individual, corporation, or partnership).

7. The applicant is not a corporation of which the debtor is a director, officer, or person in control.

8. The applicant is not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of the debtor.

9. The applicant is not a person in control of the debtor.

10. The applicant is not a relative of a director, officer or person in control of the debtor.

11. The applicant is not the managing agent of the debtor.

12. The applicant is not and was not an investment banker for any outstanding security of the debtor; has not been, within three years before the date of the filing of the petition, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the debtor; and is not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of such an investment banker.

13. The applicant has read 11 U.S.C. §101(14) and §327, and FRBP 2014(a); and the applicant's firm has no connections with the debtor(s), creditors, any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, or any District of Oregon Bankruptcy Judge, except as follows:

14. The applicant has no interest materially adverse to the interest of the estate or of any class of creditors or equity security holders.

15. Describe details of all payments made to you by either the debtor or a third party for any services rendered on the debtor's behalf within a year prior to filing of this case:

16. The debtor has the following affiliates (as defined by 11 U.S.C. §101(2)). Please list and explain the relationship between the debtor and the affiliate:

17. The applicant is not an affiliate of the debtor.

18. Assuming any affiliate of the debtor is the debtor for purposes of statements 4-13, the statements continue to be true except (list all circumstances under which proposed counsel or counsel's law firm has represented any affiliate during the past 18 months; any position other than legal counsel which proposed counsel holds in either the affiliate, including corporate officer, director, or employee; and any amount owed by the affiliate to proposed counsel or its law firm at the time of filing, and amounts paid within 18 months before filing):

19. The applicant hereby acknowledges that he/she has a duty during the progress of the case to keep the court informed of any change in the statement of facts which appear in this verified statement. In the event that any such changes occur, the applicant immediately shall file with the court an amended verified statement on LBF #1114, with the caption reflecting that it is an amended Rule 2014 statement and any changes clearly identified.

THE FOLLOWING QUESTIONS NEED BE ANSWERED ONLY IF AFFILIATES HAVE BEEN LISTED IN STATEMENT 16.

20. List the name of any affiliate which has ever filed bankruptcy, the filing date, and court where filed:

21. List the names of any affiliates which have guaranteed debt of the debtor or whose debt the debtor has guaranteed. Also include the amount of the guarantee, the date of the guarantee, and whether any security interest was given to secure the guarantee. Only name those guarantees now outstanding or outstanding within the last 18 months:

22. List the names of any affiliates which have a debtor-creditor relationship with the debtor. Also include the amount and date of the loan, the amount of any repayments on the loan and the security, if any. Only name those loans now outstanding or paid off within the last 18 months:

23. List any security interest in any property granted by the debtor to secure any debts of any affiliate not covered in statements 20 and 21. List any security interest in any property granted by the affiliate to secure any debts of the debtor not covered in statements 21 and 22. Also include the collateral, the date and nature of the security interest, the name of the creditor to whom it was granted, and the current balance of the underlying debt:

24. List the name of any affiliate who is potentially a "responsible party" for unpaid taxes of the debtor under 26 U.S.C. §6672:

I verify that the above statements are true to the extent of my present knowledge and belief.

```
                                        _____
                                                   Applicant
```

# CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2018, I directed my staff to serve the foregoing **MOTION FOR AUTHORITY TO SELL PERSONAL PROPERTY AT PUBLIC AUCTION, PARTIAL RETROACTIVE APPROVAL THEREON, APPROVAL TO COMPENSATE AUCTIONEER, AND PAY NET PROCEEDS TO SECURED CREDITOR; APPLICATION TO EMPLOY AUCTIONEER** on the following:

☒ **Via First Class Mail to:**

*See mailing list attached hereto.*

☐ Via Facsimile to:

☒ **Via ECF Notification to:**

LOREN S SCOTT ecf@scott-law-group.com
US Trustee, Eugene USTPRegion18.EG.ECF@usdoj.gov

☐ Via E-mail to:

DATED: March 21, 2018

/s/ Loren S. Scott
Loren S. Scott, OSB# 024502

CERTIFICATE OF SERVICE      Page 1 of 1

2350 Oakmont Way, Suite 106
Eugene, OR 97401
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

Case 18-60423-tmr11    Doc 27    Filed 03/21/18

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0979-6<br>Case 18-60423-tmr11<br>District of Oregon<br>Eugene<br>Tue Mar 20 09:39:46 PDT 2018 | Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 | Ally Financial<br>PO Box 78252<br>Phoenix, AZ 85062-8252 |
| Ally Financial<br>PO Box 9001948<br>Louisville, KY 40290-1948 | Bank of America<br>PO Box 84448<br>Seattle, WA 98124-5748 | Carter Logging Inc.<br>Attn: Shirley Carter<br>PO Box 288<br>Montesano, WA 98563-0288 |
| Cascade Trader, Inc.<br>1380 NW State Ave.<br>Chehalis, WA 98532-1833 | Caterpillar Financial Services Corp.<br>2120 West End Ave.<br>Nashville, TN 37203-5341 | Continental Bank<br>15 W. South Temple #300<br>Salt Lake City, UT 84101-1542 |
| Equipment Finance Group (Continental Bk)<br>96 East Broadway, Ste. 5<br>Eugene, OR 97401-3169 | Ford Credit<br>PO Box 552679<br>Detroit, MI 48255-2679 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| J. & L. Cutting, Inc.<br>PO Box 546<br>Cottage Grove, OR 97424-0023 | John Deere Construction & Forestry Co.<br>6400 NW 86th St.<br>Johnston, IA 50131-2945 | Kelley Bros., Inc.<br>PO Box 1000<br>Veneta, OR 97487-1000 |
| Kenco Equipment Lease Co.<br>PO Box 220<br>Tualatin, OR 97062-0220 | Les Schwab Tire Center<br>2295 W. 11th Ave.<br>Eugene, OR 97402-3504 | Myrna D. Kelley<br>88017 Territorial Road<br>Veneta, OR 97487 |
| Northwest Community Credit Union<br>545 E. 8th Ave.<br>Eugene, OR 97401-3189 | ODR Bkcy<br>955 Center St NE<br>Salem, OR 97301-2555 | Oregon Department of Revenue<br>Attn: ODR Bkcy<br>955 Center NE<br>Salem, OR 97301-2555 |
| Oregon Employment Department<br>875 Union Street NE<br>Salem, OR 97311-0800 | LOREN S SCOTT<br>The Scott Law Group<br>2350 Oakmont Way<br>Ste. 106<br>Eugene, OR 97401-6108 | Summit Leasing (Continental Bank)<br>3901 Fairbanks Ave.<br>Yakima, WA 98902-6394 |
| Summit Leasing (Continental Bank)<br>PO Box 7<br>Yakima, WA 98907-0007 | Sunset Auto Parts<br>3360 W. 11th Ave.<br>Eugene, OR 97402-3037 | Superior Tire Service<br>33960 Old Willamette Hwy<br>Eugene, OR 97405-8609 |
| Tyree Oil, Inc.<br>1355 West 1st Avenue<br>Eugene, OR 97402-4120 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Trustee, Eugene<br>405 E 8th Ave #1100<br>Eugene, OR 97401-2728 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| US Bank | End of Label Matrix |
| PO Box 6352 | Mailable recipients    29 |
| Fargo, ND 58125 | Bypassed recipients     0 |
| | Total                  29 |